**Douglas G. WHITFIELD,**
**Plaintiff–Appellant,**

**v.**

**FRANKLIN COUNTY; Jerry W. Jones, Sheriff; Unknown Lieutenant, Franklin County Sheriff's Department; Unknown Deputy, Franklin County Sheriff's Department, Defendants–Appellees.**

No. 12–7278.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Douglas G. Whitfield, Appellant Pro Se.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas G. Whitfield appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Whitfield v. Franklin Cnty.,* No. 5:12–ct–03031–F (E.D.N.C. July 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*